JOHN LARSON, appellant,

*v.*

RAYMOND A. KEARNEY, respondent.

[Submitted February 12th, 1932. Decided May 16th, 1932.]

562

*Messrs. Platoff, Saperstein & Platoff,* for the appellant.

*Mr. Harold K. Smith,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion filed in the court below by Vice-Chancellor Bigelow.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 14.

*For reversal*—None.